# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS PIPER,
               Appellant,
      vs.
WAL-MART, INC.,
               Respondent.

No. 73867

**FILED**

SEP 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order dismissing appellant's complaint for damages. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). The district court filed its order on June 27, 2017. Counsel for respondent served appellant with written notice of entry by mail on June 30, 2017. Appellant filed the notice of appeal on August 17, 2017, after expiration of the 30-day deadline provided by NRAP 4(a)(1). The appeal is therefore untimely, and this court lacks jurisdiction. We

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Thomas W. Gregory, District Judge
Douglas Piper
Kent Law
Douglas County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A